**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: Daniel J. Mezyk, Jr. and Holly L. Mezyk, | : : | Case No. 23-22398-GLT |
| Debtor. | : : | Chapter 13 |
| Daniel J. Mezyk, Jr. and Holly L. Mezyk, Movant, | : : : : | |
| v. | : : : | Document No. |
| Gulf Harbour Investments Corporation, and Ronda J. Winnecour, Trustee, | : : : : | Related to Document No. |
| Respondent(s). | : | |

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on the 5th day of July, 2024, I served a copy of the Notice of Proposed Modification to Confirmed Plan and the Amended Plan filed in this proceeding by first class mail postage prepaid and/or electronic service on all parties on the attached mailing matrix and:

Ronda J. Winnecour, Esquire
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA 15222

Executed on:  July 5, 2024           By:     s/Charles J. Grudowski
                                            Charles J. Grudowski, Esquire
                                            PA ID No. 91231
                                            Grudowski Law, P.C.
                                            3925 Reed Boulevard, Suite 201
                                            Pittsburgh, PA 15219
                                            Office: (412) 904-1940
                                            Email: cjg@grudowskilaw.com

```
Label Matrix for local noticing          Ally Financial, c/o AIS Portfolio Services,   Borough of Whitehall and Baldwin-Whitehall S
0315-2                                   4515 N Santa Fe Ave. Dept. APS                GRB Law
Case 23-22398-GLT                        Oklahoma City, OK 73118-7901                  c/o Jeffrey R. Hunt, Esquire
WESTERN DISTRICT OF PENNSYLVANIA                                                       525 William Penn Place
Pittsburgh                                                                             Suite 3110
Fri Jul  5 16:49:42 EDT 2024                                                           Pittsburgh, PA 15219-1753

Capital One Auto Finance, a division of Capi   Duquesne Light Company                  Gulf Harbour Investments Corporation
4515 N Santa Fe Ave. Dept. APS                 c/o Bernstein-Burkley, P.C.             C/o Keri P. Ebeck
Oklahoma City, OK 73118-7901                   601 Grant Street, 9th Floor             601 Grant Street
                                               Pittsburgh, PA 15219-4430               9th Floor
                                                                                       Pittsburgh, PA 15219-4430

LVNV Funding LLC                         2                                             Borough of Whitehall/Baldwin-Whitehall Schoo
c/o Resurgent Capital Services           U.S. Bankruptcy Court                         GRB Law
P.O. Box 10587                           5414 U.S. Steel Tower                         c/o Jeffrey R. Hunt, Esquire
Greenville, SC 29603-0587                600 Grant Street                              525 William Penn Place, Suite 3110
                                         Pittsburgh, PA 15219-2703                     Pittsburgh, PA 15219-1753

Capital One                              Capital One Auto Finance                      Capital One Auto Finance, a division of Capi
Attn: Bankruptcy                         Attn: Bankruptcy                              P.O. Box 4360
Po Box 30285                             7933 Preston Rd                               Houston, TX 77210-4360
Salt Lake City, UT 84130-0285            Plano, TX 75024-2302

Capital One N.A.                         Citibank, N.A.                                Citibank/The Home Depot
by American InfoSource as agent          5800 S Corporate Pl                           Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 71083                             Sioux Falls, SD  57108-5027                   Po Box 790040
Charlotte, NC  28272-1083                                                              St Louis, MO 63179-0040

Comenity Bank/Torrid                     Credit One Bank                               (p)FIRST SAVINGS BANK
Attn: Bankruptcy                         Attn: Bankruptcy Department                   ATTN BANKRUPTCY
Po Box 182125                            6801 Cimarron Rd                              1500 S HIGHLINE AVE
Columbus, OH 43218-2125                  Las Vegas, NV 89113-2273                      SIOUX FALLS SD 57110-1003

(p)FIRST SAVINGS BANK    BLAZE           Gulf Harbor Investments                       Gulf Harbour Investments Corporation
ATTN BANKRUPTCY                          6200 S. Quebec Street, Suite 300              c/o Specialized Loan Servicing LLC
1500 S HIGHLINE AVE                      Greenwood Village, CO 80111-4720              6200 S. Quebec St., Suite 300
SIOUX FALLS SD 57110-1003                                                              Greenwood Village, Colorado 80111-4720

(p)JEFFERSON CAPITAL SYSTEMS LLC         KML Law Group, P.C.                           LVNV Funding, LLC
PO BOX 7999                              701 Market Street                             Resurgent Capital Services
SAINT CLOUD MN 56302-7999                Philadelphia, PA 19106-1541                   PO Box 10587
                                                                                       Greenville, SC 29603-0587

Lvnv Funding/Resurgent Capital           MIDFIRST BANK                                 Mercury/FBT
Attn: Bankruptcy                         999 NorthWest Grand Boulevard                 Attn: Bankruptcy
Po Box 10497                             Oklahoma City, OK 73118-6051                  Po Box 84064
Greenville, SC 29603-0497                                                              Columbus, GA 31908-4064

Midfirst Bank                            Office of the United States Trustee           (p)PORTFOLIO RECOVERY ASSOCIATES LLC
999 N.W. Grand Boulevard, Suite 100      1000 Liberty Avenue                           PO BOX 41067
Oklahoma City, OK 73118-6051             Suite 1316                                    NORFOLK VA 23541-1067
                                         Pittsburgh, PA 15222-4013
```

| | | |
|---|---|---|
| Parker McCay, P.A.<br>9000 Midlantic Drive, Suite 300<br>Mount Laurel, NJ 08054-1539 | SANTANDER CONSUMER USA<br>P.O. Box 560284<br>Dallas, TX 75356-0284 | Santander Consumer USA, Inc<br>Attn: Bankruptcy<br>Po Box 961245<br>Fort Worth, TX 76161-0244 |
| (p)US DEPARTMENT OF HOUSING & URBAN DEVELOPME<br>ATTN OFFICE OF REGIONAL COUNSEL<br>801 MARKET STREET 12TH FLOOR<br>PHILADELPHIA PA 19107-3126 | UPMC Health Services<br>PO Box 1123<br>Minneapolis, MN 55440-1123 | Charles James Grudowski<br>Grudowski Law, P.C.<br>3925 Reed Boulevard, Suite 201<br>Murrysville, PA 15668-1848 |
| Daniel J. Mezyk Jr.<br>3332 Vernon Avenue<br>Pittsburgh, PA 15227-4233 | Holly L. Mezyk<br>3332 Vernon Avenue<br>Pittsburgh, PA 15227-4233 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| First Savings Bank<br>Attn: Bankruptcy<br>P.O. Box 5019<br>Sioux Falls, SD 57117 | First Savings Bank/Blaze<br>Attn: Bankruptcy<br>Po Box 5096<br>Sioux Falls, SD 57117 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud MN 56302-9617 |
| (d)Jefferson Capital Systems, LLC<br>Attn: Bankruptcy<br>16 Mcleland Road<br>Saint Cloud, MN 56303 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 12914<br>Norfolk, VA 23541 | (d)PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 41067<br>Norfolk, VA 23541 |
| U.S. Department of Housing and Urban Develop<br>801 Market Street<br>Philadelphia, PA 19107 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)MIDFIRST BANK

End of Label Matrix
Mailable recipients    38
Bypassed recipients     1
Total                  39