IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Daniel J. Mezyk, Jr. and | ) | Bankruptcy No. 23-22398-GLT |
| Holly L. Mezyk, | ) | |
| | ) | Chapter 13 |
| Debtor(s). | ) | |
| _____ | ) | |
| Daniel J. Mezyk, Jr. and | ) | Document No. |
| Holly L. Mezyk, | ) | |
| | ) | |
| Movant(s), | ) | Related to Document No. 50 |
| | ) | |
| v. | ) | |
| | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
| | ) | |
| Respondent. | ) | |

**CERTIFICATION OF COUNSEL REGARDING
CONSENT ORDER OF COURT RESOLVING MOTION TO APPROVE POST-PETITION
FINANCING TO OBTAIN A VEHICLE**

The undersigned hereby certifies that agreement has been reached with the respondent(s) regarding the attached Consent Order of Court.

The signature requirements of W.PA.LBR 5005-6 have been followed in obtaining the agreement of all parties and is reflected in the attached document.

The undersigned further certifies that:

x       An agreed order is attached to this Certificate of Counsel. It is respectfully requested that the attached order be entered by the Court.

☐       No other order has been filed pertaining to the subject matter of this agreement.

☐       The attached document does not require a proposed order.

Dated: March 20, 2026                    By:  /s/Charles J. Grudowski_____
                                         Charles J. Grudowski, Esquire
                                         Grudowski Law, P.C.
                                         3925 Reed Boulevard, Suite 201
                                         Murrysville, PA 15668
                                         Phone: (412) 904-1940
                                         Email: CJG@GrudowskiLaw.com
                                         Bar I.D. and State of Admission: 91231 PA

**PAWB Local Form 26 (06/17)**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Daniel J. Mezyk and | ) | Bankruptcy No. 23-22398-GLT |
|     Holly L. Mezyk, | ) | |
| | ) | Chapter 13 |
|         Debtor(s). | ) | |
| _____ | ) | |
|     Daniel J. Mezyk and | ) | Document No. |
|     Holly L. Mezyk, | ) | |
| | ) | |
|         Movant(s), | ) | **Hearing Date:  April 1, 2026** |
| | ) | **Hearing Time:  9:00 a.m.** |
|         v. | ) | **Place of Hearing:  Courtroom A** |
| | ) | **US Steel Tower** |
| Ronda J. Winnecour, Trustee, | ) | **600 Grant Street** |
| | ) | **Pittsburgh, PA 15219** |
|         Respondent. | ) | |

**CONSENT ORDER APPROVING POSTPETITION AUTOMOBILE FINANCING**

This matter comes before the Court upon the MOTION OF THE DEBTOR FOR

POSTPETITION FINANCING at Docket No. 23-22398-GLT ("Motion") filed by Debtors on

March 4, 2026. Based upon the foregoing, and for good cause shown, it is hereby **ORDERED**,

**ADJUDGED**, and **DECREED** that:

1.     The Motion is **GRANTED** as provided by the terms of this Order. Debtors are

authorized to obtain secured financing for the purchase of a vehicle on the following terms:

     (a)     the total amount of financing **shall not exceed $20,000.00**; and

(b)      the monthly payments made under the financing agreement **shall not exceed $500.00**.

2.      To the extent that Debtors secure financing for the purchase of a new vehicle, such payments **shall be made through the chapter 13 plan**. Within **30 DAYS** of securing such financing, Debtors shall file:

(a)      an amended chapter 13 plan; and

(b)      a report of financing (INCLUDING DETAILS OF AUTOMOBILE TRADE-IN OR SALE, IF APPLICABLE).

3.      To ensure the prompt and timely payment of the automobile loan, Debtors shall make a supplemental payment to the chapter 13 trustee **within 7 days** of filing the report of financing (and each month thereafter as necessary) in an amount sufficient for the trustee to cover the installments due on the loan. The supplemental payments shall be in addition to the regular plan payment, pending confirmation of the amended plan.

4.      Pending confirmation of any amended plan providing for the new post-petition loan payments, the trustee is authorized to make monthly adequate protection payments to the post-petition automobile lender for the contract amount so long as sufficient supplemental funds are provided by Debtors.

5.      Notwithstanding the inclusion of the post-petition loan within an amended Chapter 13 plan, the underlying terms of the loan shall not be modified absent the consent of the post-petition automobile lender.

6.      Debtors shall serve copies of this Order on all creditors eligible to receive distributions through the Chapter 13 plan and file proof of the same with the Court.

_____
United States Bankruptcy Judge

Consented to by:                              Consented to by:

/s/ Charles J. Grudowski                      _/s/ Kate DeSimone_____
Counsel to Debtor                             Counsel to Chapter 13 Trustee

Case Administrator to Mail to:
Daniel J. Mezyk and Holly L. Mezyk, Debtor(s)
Charles J. Grudowski, Esquire, Counsel for Debtor(s)
Ronda J. Winnecour, Esquire, Chapter 13 Trustee
Office of the U.S. Trustee