FILED
3/23/26 10:01 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Daniel J. Mezyk and Holly L. Mezyk, | ) ) | Bankruptcy No. 23-22398-GLT |
| | ) | |
| Debtor(s). | ) | Chapter 13 |
| _____ | ) ) | |
| Daniel J. Mezyk and Holly L. Mezyk, | ) ) | Document No. |
| | ) | |
| Movant(s), | ) | **Hearing Date:  April 1, 2026** |
| | ) | **Hearing Time:  9:00 a.m.** |
| v. | ) | **Place of Hearing:  Courtroom A** |
| | ) | **US Steel Tower** |
| Ronda J. Winnecour, Trustee, | ) | **600 Grant Street** |
| | ) | **Pittsburgh, PA 15219** |
| Respondent. | ) | |

<u>**CONSENT ORDER APPROVING POSTPETITION AUTOMOBILE FINANCING**</u>

This matter comes before the Court upon the MOTION OF THE DEBTOR FOR
POSTPETITION FINANCING at Docket No. 23-22398-GLT ("Motion") filed by Debtors on
March 4, 2026. Based upon the foregoing, and for good cause shown, it is hereby **ORDERED**,
**ADJUDGED**, and **DECREED** that:

1.       The Motion is **GRANTED** as provided by the terms of this Order. Debtors are
authorized to obtain secured financing for the purchase of a vehicle on the following terms:

(a)       the total amount of financing **shall not exceed $20,000.00**; and

(b)    the monthly payments made under the financing agreement **shall not exceed $500.00**.

2.    To the extent that Debtors secure financing for the purchase of a new vehicle, such payments **shall be made through the chapter 13 plan**. Within **30 DAYS** of securing such financing, Debtors shall file:

(a)    an amended chapter 13 plan; and

(b)    a report of financing (INCLUDING DETAILS OF AUTOMOBILE TRADE-IN OR SALE, IF APPLICABLE).

3.    To ensure the prompt and timely payment of the automobile loan, Debtors shall make a supplemental payment to the chapter 13 trustee **within 7 days** of filing the report of financing (and each month thereafter as necessary) in an amount sufficient for the trustee to cover the installments due on the loan. The supplemental payments shall be in addition to the regular plan payment, pending confirmation of the amended plan.

4.    Pending confirmation of any amended plan providing for the new post-petition loan payments, the trustee is authorized to make monthly adequate protection payments to the post-petition automobile lender for the contract amount so long as sufficient supplemental funds are provided by Debtors.

5.    Notwithstanding the inclusion of the post-petition loan within an amended Chapter 13 plan, the underlying terms of the loan shall not be modified absent the consent of the post-petition automobile lender.

6.    Debtors shall serve copies of this Order on all creditors eligible to receive distributions through the Chapter 13 plan and file proof of the same with the Court.

United States Bankruptcy Judge

DATED: March 23, 2026

Consented to by:

/s/ Charles J. Grudowski
Counsel to Debtor

Consented to by:

/s/ Kate DeSimone
Counsel to Chapter 13 Trustee

Case Administrator to Mail to:
Daniel J. Mezyk and Holly L. Mezyk, Debtor(s)
Charles J. Grudowski, Esquire, Counsel for Debtor(s)
Ronda J. Winnecour, Esquire, Chapter 13 Trustee
Office of the U.S. Trustee

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                Case No. 23-22398-GLT

Daniel J. Mezyk, Jr.                                                                          Chapter 13

Holly L. Mezyk
              Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                                        Page 1 of 2

Date Rcvd: Mar 23, 2026                  Form ID: pdf900                              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol            Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
              regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2026:**

**Recip ID                     Recipient Name and Address**
db/jdb                  +  Daniel J. Mezyk, Jr., Holly L. Mezyk, 3332 Vernon Avenue, Pittsburgh, PA 15227-4233

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2026 at the address(es) listed below:**

**Name                              Email Address**

Brent J. Lemon
                          on behalf of Creditor Duquesne Light Company blemon@bernsteinlaw.com
                          lemondropper75@hotmail.com;agilbert@bernsteinlaw.com

Charles James Grudowski
                          on behalf of Joint Debtor Holly L. Mezyk cjg@grudowskilaw.com  admin@grudowskilaw.com

Charles James Grudowski
                          on behalf of Debtor Daniel J. Mezyk  Jr. cjg@grudowskilaw.com, admin@grudowskilaw.com

Denise Carlon
                          on behalf of Creditor MIDFIRST BANK denise.carlon@gmail.com

Jeffrey R. Hunt
                          on behalf of Creditor Borough of Whitehall and Baldwin-Whitehall School District jhunt@grblaw.com

District/off: 0315-2                                      User: auto                                                  Page 2 of 2
Date Rcvd: Mar 23, 2026                                  Form ID: pdf900                                      Total Noticed: 1

Keri P. Ebeck
            on behalf of Creditor Gulf Harbour Investments Corporation kebeck@metzlewis.com  btemple@metzlewis.com

Matthew Fissel
            on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  wbecf@brockandscott.com

Office of the United States Trustee
            ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
            cmecf@chapter13trusteewdpa.com


TOTAL: 9