**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Daniel J. Mezyk and | ) | Bankruptcy No. 23-22398-GLT |
| Holly L. Mezyk, | ) | |
| | ) | Chapter 13 |
| Debtor(s). | ) | |

**REPORT OF FINANCING**

Debtor(s), Daniel J. Mezyk and Holly L. Mezyk, have now obtained financing to purchase a vehicle with terms in compliance with Order of Court dated March 23, 2026 as follows:

1. Vehicle: 2024 Chevrolet Equinox LT
2. Mileage: 20,048
3. Total amount financed: $19,490.00
4. Monthly payment: $414.41
5. Annual Percentage Rate: 14.990
6. Term: 72 months
7. Payment Start Date: 5/26
8. Seller: Memorial Highway Chevrolet of West Mifflin, Inc.
9. Lender Name: Westlake Financial Services
   a. Lender Address: 4751 Wilshire Blvd #100, Los Angeles, CA 90010
10. Loan Account Number: 40909284
11. Trade-in amount: None

RESPECTFULLY SUBMITTED, this 24th day of April 2026.

**/s/Charles J. Grudowski**
Charles J. Grudowski, Esquire
Attorney for Debtor(s)
PA ID – 91231
GRUDOWSKI LAW, P.C.
3925 Reed Boulevard, Suite 201
Murrysville, PA 15668
(412) 904-1940
Email: CJG@GrudowskiLaw.com