IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Daniel J. Mezyk, Jr. and | ) | Bankruptcy No. 23-22398-GLT |
| Holly L. Mezyk, | ) | |
| | ) | Chapter 13 |
| Debtor(s). | ) | |
| _____ | ) | |
| Daniel J. Mezyk, Jr. and | ) | Document No. |
| Holly L. Mezyk, | ) | |
| | ) | |
| Movant(s), | ) | Related to Document No. |
| | ) | |
| v. | ) | |
| | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
| | ) | |
| Respondent. | ) | |

**CERTIFICATION OF COUNSEL REGARDING
STIPULATED ORDER MODIFYING PLAN**

The undersigned hereby certifies that agreement has been reached with the respondent(s) regarding the attached Consent Order of Court.

The signature requirements of W.PA.LBR 5005-6 have been followed in obtaining the agreement of all parties and is reflected in the attached document.

The undersigned further certifies that:

x       An agreed order is attached to this Certificate of Counsel. It is respectfully requested that the attached order be entered by the Court.

☐       No other order has been filed pertaining to the subject matter of this agreement.

☐       The attached document does not require a proposed order.

Dated: May 12, 2026                    By:  /s/Charles J. Grudowski_____
                                                 Charles J. Grudowski, Esquire
                                                 Grudowski Law, P.C.
                                                 3925 Reed Boulevard, Suite 201
                                                 Murrysville, PA 15668
                                                 Phone: (412) 904-1940
                                                 Email: CJG@GrudowskiLaw.com
                                                 Bar I.D. and State of Admission: 91231 PA

**PAWB Local Form 26 (06/17)**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: DANIEL J. MEZYK and** | ) |
| **HOLLY L. MEZYK** | ) **Case No. 23-22398-GLT** |
| | ) |
| | ) **Chapter 13** |
| **Debtor(s).** | ) |
| _____ | ) |

**STIPULATED ORDER MODIFYING PLAN**

WHEREAS, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]:*

☐      a motion to dismiss case or certificate of default requesting dismissal

☐      a plan modification sought by:

☐      a motion to lift stay
        as to creditor      _____

☒      Other:  **Westlake Financial Services to be paid as a Long Term Continuing
Debt in monthly amount provided in the Report of Financing (Doc 61). MidFirst Bank
CL#15 to be paid PPFN's in the Amount of $409.23 Dated 3-27-2025 & PPFN in the
Amount of $409.23 Dated 9-8-25 pending no timely objection.**

WHEREAS, the parties having agreed to settle the matter above conditioned on the terms herein,
based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and
there being no adverse impact upon other parties by way of this action, thus no notice is required to be
given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐ Chapter 13 Plan dated
☒ Amended Chapter 13 Plan dated 7-1-24

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒      Debtor(s) Plan payments shall be changed from **$3,524.00 to $4,387.00 per
        month**, effective **MAY 2026**; and/or the Plan term shall be changed from ___
        months to ____ months.                                    .

-1-

☐     In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments.  If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐     Debtor(s) shall file and serve _____ on or before _____.

☐     If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐     If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒     Other: **Westlake Financial Services to be paid as a Long Term Continuing Debt in monthly amount provided in the Report of Financing (Doc 61). MidFirst Bank CL#15 to be paid PPFN's in the Amount of $409.23 Dated 3-27-2025 & PPFN in the Amount of $409.23 Dated 9-8-25 pending no timely objection.**

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order.  Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this _____ day of _____, 2026

_____
United States Bankruptcy Judge

Stipulated by:                          Stipulated by:

_/s/Charles J. Grudowski, Esq.__        /s/Dennis Sloan, Esq._____ _____
Counsel to Debtor                       Counsel to Chapter 13 Trustee

cc:   All Parties in Interest to be served by Clerk