FILED
5/12/26 10:38 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: DANIEL J. MEZYK and | ) | |
| HOLLY L. MEZYK | ) | **Case No. 23-22398-GLT** |
| | ) | |
| | ) | **Chapter 13** |
| Debtor(s). | ) | |
| | ) | Related to Docket No. 62 |

**STIPULATED ORDER MODIFYING PLAN**

WHEREAS, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☐　a motion to dismiss case or certificate of default requesting dismissal
☐　a plan modification sought by:
☐　a motion to lift stay
　　as to creditor　_____
☒　Other:　**Westlake Financial Services to be paid as a Long Term Continuing Debt in monthly amount provided in the Report of Financing (Doc 61). MidFirst Bank CL#15 to be paid PPFN's in the Amount of $409.23 Dated 3-27-2025 & PPFN in the Amount of $409.23 Dated 9-8-25 pending no timely objection.**

WHEREAS, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐ Chapter 13 Plan dated
☒ Amended Chapter 13 Plan dated 7-1-24

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒　Debtor(s) Plan payments shall be changed from **$3,524.00 to $4,387.00 per month,** effective **MAY 2026**; and/or the Plan term shall be changed from ___ months to ____ months.　　　　　　　　　　　　.

-1-

☐      In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments.  If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐      Debtor(s) shall file and serve _____ on or before _____.

☐      If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐      If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒      Other: **Westlake Financial Services to be paid as a Long Term Continuing Debt in monthly amount provided in the Report of Financing (Doc 61). MidFirst Bank CL#15 to be paid PPFN's in the Amount of $409.23 Dated 3-27-2025 & PPFN in the Amount of $409.23 Dated 9-8-25 pending no timely objection.**

      **IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order.  Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

      **IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this _ 12th Day of May, 2026

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

Stipulated by:                          Stipulated by:

_/s/Charles J. Grudowski, Esq.__        /s/Dennis Sloan, Esq._____ _____
Counsel to Debtor                       Counsel to Chapter 13 Trustee

cc: All Parties in Interest to be served by Clerk

-3-

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                    Case No. 23-22398-GLT

Daniel J. Mezyk, Jr.                                                      Chapter 13

Holly L. Mezyk
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                    User: auto                                 Page 1 of 3

Date Rcvd: May 12, 2026                 Form ID: pdf900                            Total Noticed: 37

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Daniel J. Mezyk, Jr., Holly L. Mezyk, 3332 Vernon Avenue, Pittsburgh, PA 15227-4233 |
| 15655015 | + Gulf Harbor Investments, 6200 S. Quebec Street, Suite 300, Greenwood Village, CO 80111-4720 |
| 15655021 | + Parker McCay, P.A., 9000 Midlantic Drive, Suite 300, Mount Laurel, NJ 08054-1539 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | May 13 2026 00:22:50 | Ally Financial, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + Email/Text: ebnjts@grblaw.com | May 13 2026 00:21:00 | Borough of Whitehall and Baldwin-Whitehall School, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | May 13 2026 00:23:06 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + Email/Text: jdryer@bernsteinlaw.com | May 13 2026 00:21:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | + Email/Text: kebeck@bernsteinlaw.com | May 13 2026 00:22:00 | Gulf Harbour Investments Corporation, C/o Keri P. Ebeck, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219, UNITED STATES 15219-4430 |
| cr | Email/PDF: resurgentbknotifications@resurgent.com | May 13 2026 00:22:51 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | + Email/Text: ecfbnc@aldridgepite.com | May 13 2026 00:21:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, C/O ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 15663425 | + Email/Text: ebnjts@grblaw.com | May 13 2026 00:21:00 | Borough of Whitehall/Baldwin-Whitehall School Dist, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15655008 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | May 13 2026 00:22:57 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15655009 | + Email/PDF: acg.coaf.ebn@aisinfo.com | May 13 2026 00:33:29 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 15675798 | + Email/PDF: acg.acg.ebn@aisinfo.com | May 13 2026 00:23:06 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |

| 15666688 |  | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
|---|---|---|---|---|
|  |  |  | May 13 2026 00:22:49 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15674098 |  | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
|  |  |  | May 13 2026 00:44:29 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15655010 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
|  |  |  | May 13 2026 00:22:59 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 15655011 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
|  |  |  | May 13 2026 00:22:00 | Comenity Bank/Torrid, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15655012 | + | Email/PDF: creditonebknotifications@resurgent.com | | |
|  |  |  | May 13 2026 00:22:57 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15655013 |  | Email/Text: BNSFS@capitalsvcs.com | | |
|  |  |  | May 13 2026 00:21:00 | First Savings Bank, Attn: Bankruptcy, P.O. Box 5019, Sioux Falls, SD 57117 |
| 15655014 |  | Email/Text: BNSFS@capitalsvcs.com | | |
|  |  |  | May 13 2026 00:21:00 | First Savings Bank/Blaze, Attn: Bankruptcy, Po Box 5096, Sioux Falls, SD 57117 |
| 15661822 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
|  |  |  | May 13 2026 00:21:00 | Gulf Harbour Investments Corporation, c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Suite 300, Greenwood Village, Colorado 80111-4720 |
| 16427408 | + | Email/Text: mtgbk@shellpointmtg.com | | |
|  |  |  | May 13 2026 00:21:00 | Gulf Harbour Investments Corporation, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15672308 |  | Email/Text: JCAP_BNC_Notices@jcap.com | | |
|  |  |  | May 13 2026 00:22:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15655016 |  | Email/Text: JCAP_BNC_Notices@jcap.com | | |
|  |  |  | May 13 2026 00:22:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 15655017 | ^ | MEBN | | |
|  |  |  | May 13 2026 00:16:01 | KML Law Group, P.C., 701 Market Street, Philadelphia, PA 19106-1538 |
| 15666253 |  | Email/PDF: resurgentbknotifications@resurgent.com | | |
|  |  |  | May 13 2026 00:22:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15655018 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
|  |  |  | May 13 2026 00:22:51 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15676091 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | | |
|  |  |  | May 13 2026 00:22:56 | MIDFIRST BANK, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 15655019 | + | Email/Text: Mercury@ebn.phinsolutions.com | | |
|  |  |  | May 13 2026 00:21:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 15655020 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | | |
|  |  |  | May 13 2026 00:22:56 | Midfirst Bank, 999 N.W. Grand Boulevard, Suite 100, Oklahoma City, OK 73118-6051 |
| 15685671 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
|  |  |  | May 13 2026 00:23:07 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 12914, Norfolk, VA 23541 |
| 15675348 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
|  |  |  | May 13 2026 00:22:50 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 15664196 | + | Email/Text: enotifications@santanderconsumerusa.com | | |
|  |  |  | May 13 2026 00:22:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 15655022 | + | Email/Text: enotifications@santanderconsumerusa.com | | |
|  |  |  | May 13 2026 00:22:00 | Santander Consumer USA, Inc, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 15674665 |  | Email/Text: BNCnotices@dcmservices.com | | |
|  |  |  | May 13 2026 00:22:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15655461 |  | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | | |
|  |  |  | May 13 2026 00:23:05 | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107 |

District/off: 0315-2                          User: auto                                    Page 3 of 3
Date Rcvd: May 12, 2026                       Form ID: pdf900                              Total Noticed: 37
TOTAL: 34

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|----------|---------------|------------------|
| cr       |               | Gulf Harbour Investments Corporation c/o Shellpoin |
| cr       |               | MIDFIRST BANK |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2026 at the address(es) listed below:

| Name | Email Address |
|------|---------------|
| Brent J. Lemon | on behalf of Creditor Duquesne Light Company blemon@bernsteinlaw.com lemondropper75@hotmail.com;agilbert@bernsteinlaw.com |
| Charles James Grudowski | on behalf of Debtor Daniel J. Mezyk  Jr. cjg@grudowskilaw.com, admin@grudowskilaw.com |
| Charles James Grudowski | on behalf of Joint Debtor Holly L. Mezyk cjg@grudowskilaw.com  admin@grudowskilaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Whitehall and Baldwin-Whitehall School District jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Gulf Harbour Investments Corporation kebeck@metzlewis.com  btemple@metzlewis.com |
| Matthew Fissel | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8