FILED
10/21/26 4:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 23-22398-GLT |
| | : | Chapter: | 13 |
| Daniel J. Mezyk, Jr. | : | | |
| Holly L. Mezyk | : | | |
| | : | Date: | 10/21/2026 |
| *Debtor(s).* | : | Time: | 10:00 |

## PROCEEDING MEMO

***MATTER:*** #66 - Motion to Preclude Notice of Post-Petition Mortgage Fees, Expenses and Charges
[Response due 9/21/2026]
#68 - Motion to Withdraw Notice of Postpetition Mortgage Fees and Expenses

***APPEARANCES:***
Debtor: Charles James Grudowski
Trustee: Ronda J. Winnecour

[10:00]
***NOTES:***

***OUTCOME:***

1. For the reasons stated on the record at the October 21, 2026 hearing, the *Motion to Preclude Notice of Post-Petition Mortgage Fees, Expenses and Charges* [Dkt. No. 66] is **GRANTED**. [DB to enter proposed order at Dkt. No. 66]

**DATED:** 10/21/2026